# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

| | |
|---|---|
| EDWARD BUTOWSKY, in his personal and professional capacities, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:20-cv-00542-ALM ) |
| MICHAEL ISIKOFF, ELLEN RATNER, and VERIZON COMMUNICATIONS, INC., | ) **JURY DEMANDED** ) ) ) ) |
| Defendants. | |

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS VERIZON COMMUNICATIONS, INC. AND MICHAEL ISIKOFF TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

---

Defendants Verizon Communications, Inc. ("Verizon") and Michael Isikoff ("Isikoff") (collectively "Defendants") respectfully move the Court to extend the time for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint, up to and including October 9, 2020. Plaintiff does not oppose this motion.

Plaintiff filed his Complaint on July 14, 2020. The current deadline for Verizon to answer, move, or otherwise respond to the Complaint is August 12, 2020. There is a dispute as to the effectiveness of service of the Summons and Complaint on Mr. Isikoff, but Mr. Isikoff has agreed to waive service defects consistent with this Motion.

Defendants seek this extension to more fully evaluate the parties' claims and defenses, and not for purposes of delay. Plaintiff does not oppose Defendants' extension request and

Defendants agree that they will not challenge the sufficiency of service of the summons upon them. The parties agree that, by entering into this agreement, Defendants will not waive any defenses including, but not limited to, the defenses contained within Fed. R. Civ. P. 12(b). This is Defendants' first request for an extension of time to respond to Plaintiff's Complaint.

Accordingly, Defendants respectfully request that the Court extend Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint up to and including October 9, 2020. A proposed order is attached.

Dated:   August 10, 2020              **/s/Ty Clevenger**
                                      Texas Bar No. 24034380
                                      P.O. Box 20753
                                      Brooklyn, NY 11202-0753
                                      Telephone: (979) 985-5289
                                      tyclevenger@yahoo.com

                                      Counsel for Plaintiff

                                      Jean-Paul Jassy (*pro hac vice application forthcoming*)
                                      William T. Um (*pro hac vice application forthcoming*)
                                      Elizabeth H. Baldridge (*pro hac vice application forthcoming*)
                                      JASSY VICK CAROLAN LLP
                                      800 Wilshire Boulevard, Suite 800
                                      Los Angeles, CA 90017
                                      Telephone: (310) 870-7048
                                      jpjassy@jassyvick.com
                                      wum@jassyvick.com
                                      ebaldridge@jassyvick.com

                                      Counsel for Defendants Verizon Communications, Inc. and Michael Isikoff

## CERTIFICATE OF CONFERENCE

This is to certify that on July 30, July 31 and August 3, 2020, counsel for Defendants and Plaintiff conferred by e-mail regarding the relief requested in this motion. Counsel for Defendants confirmed that Plaintiff does not oppose this motion.

*/s/   Jean-Paul Jassy*
Jean-Paul Jassy

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing on August 11, 2020, via the Court's CM/ECF system.

*/s/   Ty Clevenger*
Ty Clevenger