**IN THE UNITED STATES DISTRICT**
**COURT FOR THE EASTERN DISTRICT**
**OF TEXAS SHERMAN DIVISION**

| | | |
|---|---|---|
| EDWARD BUTOWSKY, in his personal and professional capacities, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:20-cv-00542-ALM |
| MICHAEL ISIKOFF, ELLEN RATNER, and VERIZON COMMUNICATIONS, INC., | ) ) ) ) ) | **JURY DEMANDED** |
| Defendants. | ) | |

---

## ORDER

---

Pending before the Court is Defendants' Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint (Dkt. #4).   Having considered the motion, the Court determines that it should be granted.

It is therefore **ORDERED** that Defendants' Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint is **GRANTED**. Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended  up  to  and including October 9, 2020.

**SIGNED this 11th day of August, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE