# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

| | |
|---|---|
| EDWARD BUTOWSKY, in his personal and professional capacities, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:20-cv-00542-ALM ) |
| MICHAEL ISIKOFF, ELLEN RATNER, and VERIZON COMMUNICATIONS, INC., | ) **JURY DEMANDED** ) ) ) ) |
| Defendants. | |

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS VERIZON COMMUNICATIONS, INC. AND MICHAEL ISIKOFF TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

_____

Defendants Verizon Communications, Inc. and Michael Isikoff (collectively, "Defendants") respectfully move the Court to extend the time for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint, up to and including October 30, 2020. Defendants previously requested and were granted an extension of up to and including October 9, 2020, from the original response date of August 12, 2020. (Dkt. No. 5). Plaintiff filed his Complaint on July 14, 2020.

Defendants seek this further extension to more fully evaluate the parties' claims and defenses, and not for purposes of delay. Plaintiff does not oppose Defendants' extension request. The parties agree that, by entering into this agreement, Defendants will not waive any defenses including, but not limited to, the defenses contained within Fed. R. Civ. P. 12(b).

Accordingly, Defendants respectfully request that the Court extend Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint up to and including October 30, 2020. A proposed order is attached.

Dated:   September 30, 2020

/s/ Ty Clevenger
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, NY 11202-0753
Telephone: (979) 985-5289
tyclevenger@yahoo.com

Counsel for Plaintiff

Jean-Paul Jassy (*pro hac vice application forthcoming*)
William T. Um (*pro hac vice application forthcoming*)
Elizabeth H. Baldridge (*pro hac vice application forthcoming*)
JASSY VICK CAROLAN LLP
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
jpjassy@jassyvick.com
wum@jassyvick.com
ebaldridge@jassyvick.com

Counsel for Defendants Verizon Communications, Inc. and Michael Isikoff

## CERTIFICATE OF CONFERENCE

This is to certify that on September 29, 2020, counsel for Defendants and Plaintiff conferred by phone and email regarding the relief requested in this motion. Counsel for Defendants confirmed that Plaintiff does not oppose this motion.

>  /s/  *Jean-Paul Jassy*
>  Jean-Paul Jassy

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing on September 30, 2020, via the Court's CM/ECF system.

>  /s/  *Ty Clevenger*
>  Ty Clevenger