## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

EDWARD BUTOWSKY, in his
personal and professional capacities,

    Plaintiff,

v.

MICHAEL ISIKOFF, ELLEN
RATNER, and VERIZON
COMMUNICATIONS, INC.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No. 4:20-cv-00542-ALM

**JURY DEMANDED**

---

### ORDER

---

Pending before the Court is Defendants Verizon Communications, Inc. and Michael Isikoff's (collectively "Defendants'") Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint (Dkt. #6).  Having considered the motion, the Court determines that it should be granted.  Accordingly, the Court hereby

**ORDERS** that Defendants' Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint is **GRANTED**.  Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended up to and including October 30, 2020.

**SIGNED this 1st day of October, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE