## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

Edward Butowsky, §
§
   Plaintiff, §
§
v. §
§  CIVIL ACTION NO. 4:20-cv-00542
§
Michael Isikoff, Ellen Ratner, and §
Verizon Communications, Inc., §
§
   Defendants. §
§

## NOTICE OF STIPULATION AND VOLUNTARY DISMISSAL OF DEFENDANTS MICHAEL ISIKOFF AND VERIZON COMMUNICATIONS INC. WITH PREJUDICE

This Stipulation is between plaintiff Edward Butowsky ("Butowsky") and defendants Michael Isikoff and Verizon Communications Inc. (together as "Defendants").  On or about July 14, 2020, Butowsky filed a complaint entitled, *Butowsky v. Isikoff, et. al.*, Case No. 4:20-cv-00542 ("*Butowsky Lawsuit*") [Docket #1], alleging causes of action for defamation and business disparagement.  Counsel for Defendants advised counsel for Butowsky that Defendants intend to file a motion to dismiss for lack of personal jurisdiction (Rule 12(b)(2)) and for failure to state a claim for which relief can be granted (Rule 12(b)(6)).  In order to avoid the expense and time for Defendants to file such motions, the Parties have agreed to enter into this Stipulation whereby Butowsky has agreed to dismiss Defendants from the *Butowsky Lawsuit* with prejudice.

IT IS HEREBY STIPULATED AND AGREED that pursuant to FRCP 41(a)(1)(A), Butowsky voluntarily dismisses, with prejudice, all of his claims against Defendants.  Each Party

agrees to bear their own costs and to not seek further claims against each other in connection

with the *Butowsky Lawsuit*.

AGREED TO BY:

DATED:   October 16, 2020            **/s/ Ty Clevenger                         .**
                                     Ty Clevenger
                                     Texas Bar No. 24034380
                                     P.O. Box 20753
                                     Brooklyn, New York 11202-0753
                                     Telephone: (979) 985-5289
                                     Facsimile: (979)530-9523
                                     tyclevenger@yahoo.com

                                     **ATTORNEYS FOR PLAINTIFF**
                                     **EDWARD BUTOWSKY**

DATED:   October 16, 2020            **/s/ Jean-Paul Jassy                      .**
                                     Jean-Paul Jassy
                                     William T. Um
                                     Elizabeth Baldridge
                                     JASSY VICK CAROLAN LLP
                                     800 Wilshire Boulevard, Suite 800
                                     Los Angeles, CA 90017
                                     Telephone: (310) 870-7048
                                     Facsimile: (310) 870-7010
                                     jpjassy@jassyvick.com
                                     wum@jassyvick.com
                                     ebaldridge@jassyvick.com

                                     **ATTORNEYS FOR DEFENDANTS**
                                     **MICHAEL ISIKOFF AND VERIZON**
                                     **COMMUNICATIONS INC.**