IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS SHERMAN DIVISION

EDWARD BUTOWSKY, in his )
personal and professional capacities, )
)
    Plaintiff, )
)
v. )  Case No. 4:20-cv-00542-ALM
)
MICHAEL ISIKOFF, ELLEN )
RATNER, and VERIZON )
COMMUNICATIONS, INC., )
)
    Defendants.

---

### NOTICE OF VOLUNTARY DISMISSAL
---

    NOW COMES Edward Butowsky, the Plaintiff, giving notice that he is dismissing his claims against Defendant Ellen Ratner pursuant to Fed. R. Civ. P. 41. Ms. Ratner has neither appeared nor answered in this case.

    Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiff Edward Butowsky**

## **CERTIFICATE OF SERVICE**

    I certify that a copy of this document was filed electronically with the Court's ECF system on October 19, 2020, which should result in automatic notification to all counsel of record.

                                     **/s/ Ty Clevenger**
                                     Ty Clevenger